**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 96.234.124.227**

**ISP:** Verizon Internet Services
**Physical Location:** Fort Lee, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 04/25/2018 22:10:37 | 4E3DBEDBDF6BE0E7E27236015263F89A42120F97 | Cum For A Ride |
| 04/19/2018 09:09:41 | B002F3E3AA48C55EC5681ADDBB77C07A374F2FAB | Stripshow Sex |
| 03/23/2018 05:52:20 | DD36A75D6AA96D185FF7B49FFF2A462620FD41A2 | Good Morning Melissa |
| 03/23/2018 03:38:01 | 8497FDD6A8A362EB466A1E9559015714080F2D3E | New Year Bang |
| 03/09/2018 14:00:41 | E3ED881195B468D59456E4BB03E540A24D733D55 | Hot Blooded |

**Total Statutory Claims Against Defendant: 5**

EXHIBIT A

CNJ740