**Copyrights-In-Suit for IP Address 96.234.124.227**

**ISP:** Verizon Internet Services
**Location:** Fort Lee, NJ

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Cum For A Ride | PA0002036145 | 10/21/2016 | 12/04/2016 | 04/25/2018 |
| Stripshow Sex | PENDING | 03/23/2018 | 03/28/2018 | 04/19/2018 |
| Good Morning Melissa | PA0002020175 | 06/04/2016 | 06/27/2016 | 03/23/2018 |
| New Year Bang | PA0002042052 | 01/07/2017 | 03/25/2017 | 03/23/2018 |
| Hot Blooded | PENDING | 03/03/2018 | 03/05/2018 | 03/09/2018 |

**Total Malibu Media, LLC Copyrights Infringed:  5**

EXHIBIT B

CNJ740