Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 96.234.124.227,<br><br>                    Defendant. | Case No. 2:18-cv-11163-MCA-LDW |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe

("Defendant") through his counsel.  Pursuant to the settlement agreement's terms,

Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>.

John Doe was assigned the IP Address 96.234.124.227. Pursuant to Fed.R.Civ.P.

41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: December 11, 2018                                Respectfully submitted,

                                        By:    /s/ *Patrick J. Cerillo*____
                                               Patrick J. Cerillo, Esq.
                                               Patrick J. Cerillo, LLC
                                               4 Walter E. Foran Blvd.,
                                               Suite 402
                                               Flemington, NJ 08822
                                               Attorney ID No. 01481-1980
                                               T: (908) 284-0997
                                               F: (908) 284-0915
                                               pjcerillolaw@comcast.net
                                               *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                        By: /s/ *Patrick J. Cerillo*

2